NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

06-172

BOBBY JOE PERRY, ET AL.

VERSUS

TOLEDO NURSING CENTER, INC., ET AL.

**********

APPEAL FROM THE
ELEVENTH JUDICIAL DISTRICT COURT
PARISH OF SABINE, NO. 57,184
HONORABLE ROBERT E. BURGESS, DISTRICT JUDGE

**********

OSWALD A. DECUIR
JUDGE

**********

Court composed of Oswald A. Decuir, Glenn B. Gremillion, and J. David Painter, Judges.

AFFIRMED.

Charles A. Schutte Jr.
Guglielmo, Marks, Schutte,
 Terhoeve & Love
320 Somerulos Street
Baton Rouge, LA 70802
(225) 387-8330
Counsel for Defendants/Appellees:
    Toledo Nursing Center, Inc.
    Sue Pilkington, R.N.

**Maria A. Losavio**
**Losavio Law Office, LLC**
**1821 MacArthur Drive**
**Alexandria, LA 71315**
**(318) 767-9033**
**Counsel for Plaintiffs/Appellants:**
    **Bobby Joe Perry**
    **Henrietta Perry**